HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
SERGIO AMBRIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　　vs.<br><br>BENJAMIN MACIAS and<br>SERGIO AMBRIZ,<br><br>　　　　Defendants. | Case No. 2:15-CR-0125 GEB<br><br>**STIPULATION REQUESTING TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date:　January 29, 2016<br>Time:　9:00 a.m.<br>Judge:　Hon. Garland E. Burrell, Jr. |

　　　It is hereby stipulated and agreed between defendants, Benjamin Macias and Sergio Ambriz, and plaintiff, United States of America, that the status conference scheduled for January 29 may be continued to March 4, 2016, at 9:00 a.m.

　　　Mr. Macias and Mr. Ambriz continue to review discovery, including audio and video surveillance recordings.  Both defense counsel also await review of records from Citizenship and Immigration Services per requests under FOIA.  Additional investigation is expected once the records are obtained.

-1-

1    Accordingly, the parties agree that time under the Speedy
2 Trial Act should be excluded from the date of this order through
3 March 4, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
4 (b)(iv), to afford the parties adequate time for effective
5 preparation and to assure continuity of counsel.  The parties
6 agree that the ends of justice served by taking such action
7 outweigh the best interest of the public and of Mr. Macias and
8 of Mr. Ambriz in a speedy trial and ask the Court to so find.

                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated:   January 27, 2016           /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for SERGIO AMBRIZ

Dated:   January 27, 2016           /s/ T. Zindel for M. Reichel
                                    MARK J. REICHEL
                                    Attorney for Benjamin Macias

                                    BENJAMIN WAGNER
                                    United States Attorney

Dated:   January 27, 2016           /s/ T. Zindel for P. Hemesath
                                    PAUL HEMESATH
                                    Assistant U.S. Attorney

/////
/////
/////
/////
/////
/////
/////

...

# O R D E R

The status conference scheduled for January 29, 2016, is continued to March 4, 2016, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  Time is therefore excluded from the date of this order through March 4, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  January 28, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge