1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   timothy_zindel@fd.org
5

6  Attorney for Defendant
   SERGIO AMBRIZ
7

8
                IN THE UNITED STATES DISTRICT COURT
9
               FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,    ) Case No. 2:15-CR-0125 GEB
                                )
13        Plaintiff,            )
                                ) **STIPULATION AND ORDER (PROPOSED)**
14             vs.             ) **CONTINUING STATUS CONFERENCE**
                                ) **AND EXCLUDING TIME**
15 BENJAMIN MACIAS and          )
   SERGIO AMBRIZ,               )
16                              ) Date:   March 4, 2016
          Defendants.          ) Time:   9:00 a.m.
17 _____ ) Judge:  Hon. Garland E. Burrell, Jr.

18

19      It is hereby stipulated and agreed between defendants,

20 Benjamin Macias and Sergio Ambriz, and plaintiff, United States

21 of America, that the status conference scheduled for March 4,

22 2016, may be continued to April 15, 2016, at 9:00 a.m.

23      Mr. Macias and Mr. Ambriz continue to review discovery,

24 including audio and video surveillance recordings.  Counsel for

25 Mr. Ambriz also seeks time to consult with an immigration expert

26 about records received from Citizenship and Immigration

27 Services.  That consultation is necessary to evaluate resolution

28 of the case.

                                -1-

1    Accordingly, the parties agree that time under the Speedy

2   Trial Act should be excluded from the date of this order through

3   April 15, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and

4   (b)(iv), to afford the parties adequate time for effective

5   preparation and to assure continuity of counsel.  The parties

6   agree that the ends of justice served by a continuance outweigh

7   the best interests of the public and of Mr. Macias and of Mr.

8   Ambriz in a speedy trial and ask the Court to so find.

9                               Respectfully submitted,

10                              HEATHER E. WILLIAMS
                                Federal Defender
11

12  Dated:  March 2, 2016       /s/ T. Zindel
                                TIMOTHY ZINDEL
13                              Assistant Federal Defender
                                Attorney for SERGIO AMBRIZ
14

15  Dated:  March 2, 2016       /s/ T. Zindel for M. Reichel
                                MARK J. REICHEL
16                              Attorney for Benjamin Macias

17                              BENJAMIN WAGNER
                                United States Attorney
18

19  Dated:  March 2, 2016       /s/ T. Zindel for P. Hemesath
                                PAUL HEMESATH
20                              Assistant U.S. Attorney

21
    /////
22
    /////
23
    /////
24
    /////
25
    /////
26
    /////
27
    /////
28

1

2

**O R D E R**

3

4     The status conference scheduled for March 4 is continued to

5 April 15, 2016, at 9:00 a.m.  The court finds that a continuance

6 is necessary for the reasons stated above and that the ends of

7 justice served by granting a continuance outweigh the best

8 interests of the public and the defendants in a speedy trial.

9 Time is therefore excluded from the date of this order through

10 April 15, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and

11 (B)(iv).

12     IT IS SO ORDERED.

13 Dated:  March 3, 2016

14

15

16 _____
  GARLAND E. BURRELL, JR.
17 Senior United States District Judge

18

19

20

21

22

23

24

25

26

27

28