```
HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA   95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org


Attorney for Defendant
SERGIO AMBRIZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>                vs.<br><br>BENJAMIN MACIAS and<br>SERGIO AMBRIZ,<br><br>        Defendants. | Case No. 2:15-CR-0125 GEB<br><br>**STIPULATION AND ORDER (PROPOSED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:   April 15, 2016<br>Time:   9:00 a.m.<br>Judge:  Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendants, Benjamin Macias and Sergio Ambriz, and plaintiff, United States of America, that the status conference scheduled for April 15, 2016, may be continued to June 17, 2016, at 9:00 a.m.

Mr. Macias and Mr. Ambriz continue to review discovery, including audio and video surveillance recordings. Counsel for Mr. Ambriz also seeks time to consult with an immigration expert about records received from Citizenship and Immigration Services. That consultation is necessary to evaluate resolution of the case.

-1-

1    Accordingly, the parties agree that time under the Speedy
2 Trial Act should be excluded from the date of this order through
3 June 17, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
4 (b)(iv), to afford the parties adequate time for effective
5 preparation and to assure continuity of counsel.  The parties
6 agree that the ends of justice served by a continuance outweigh
7 the best interests of the public and of Mr. Macias and of Mr.
8 Ambriz in a speedy trial and ask the Court to so find.

                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender


Dated:  April 13, 2016              /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for SERGIO AMBRIZ


Dated:  April 13, 2016              /s/ T. Zindel for M. Reichel
                                    MARK J. REICHEL
                                    Attorney for Benjamin Macias

                                    BENJAMIN WAGNER
                                    United States Attorney


Dated:  April 13, 2016              /s/ T. Zindel for P. Hemesath
                                    PAUL HEMESATH
                                    Assistant U.S. Attorney

/////
/////
/////
/////
/////
/////
/////

# O R D E R

The status conference scheduled for April 15 is continued to June 17, 2016, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  Time is therefore excluded from the date of this order through June 17, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  April 14, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge