REICHEL & PLESSER LLP
MARK J. REICHEL, State Bar #155034
455 Capitol Mall, Ste. 802
Sacramento, CA 95814
Telephone: (916) 498-9258

Attorney for MACIAS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>BENJAMIN MACIAS<br><br>          Defendant. | CASE NO. 15-0125 GEB<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE<br><br>DATE: October 14, 2016<br>TIME: 9:00 a.m.<br>HON GARLAND E. BURRELL JR. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, the undersigned Assistant United States Attorney, attorney for Plaintiff, and the undersigned attorney for defendant, that the STATUS CONFERENCE shall be re calendared for October 14, 2016. Defense counsel needs the additional time to review discovery, explore potential defenses, and conduct legal research and factual development. Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through October 14, 2016 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4 in that the granting of the continuance serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial

Dated: September 29, 2016                    */s/ Mark J. Reichel*

                                        By:   MARK J. REICHEL
                                              Attorney for Defendant

1

BENJAMIN B. WAGNER
United States Attorney

*/s/ Mark J. Reichel for*

_____
 Paul Hemeseth
Assistant U.S. Attorney

So ordered. Dated:  September 29, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge