REICHEL & PLESSER LLP
MARK J. REICHEL, State Bar #155034
455 Capitol Mall, Ste. 802
Sacramento, CA 95814
Telephone: (916) 498-9258

Attorney for MACIAS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN MACIAS<br><br>Defendant. | CASE NO.  15-0125 GEB<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE<br><br>DATE: November 18, 2016<br>TIME: 9:00 a.m.<br>HON GARLAND E. BURRELL JR. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, the undersigned Assistant United States Attorney, attorney for Plaintiff, and the undersigned attorney for defendant, that the STATUS CONFERENCE shall be re calendared for November 18, 2016. Defense counsel needs the additional time to review discovery, explore potential defenses, and conduct legal research and factual development. Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through November 18, 2016 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4 in that the granting of the continuance serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial

Dated: October 13, 2016                               */s/ Mark J. Reichel*

                                                             By:    MARK J. REICHEL
                                                                    Attorney for Defendant

1

1
2      BENJAMIN B. WAGNER
       United States Attorney
3
       */s/ Mark J. Reichel for*
4      _____
       Paul Hemeseth
5      Assistant U.S. Attorney
6
7                              **ORDER**
8      **IT IS SO ORDERED**.

Dated:  October 13, 2016

                                    _____
                                    GARLAND E. BURRELL, JR.
9                                   Senior United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                              2