PHILLIP A. TALBERT
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>       v.<br><br>BENJAMIN MACIAS,<br><br>            Defendant. | CASE NO. 2:15-CR-0125 GEB<br><br>STIPULATION AND PROTECTIVE ORDER REGARDING DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING PERSONAL IDENTIFICATION INFORMATION |

     IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Paul Hemesath, Assistant United States Attorney, on behalf of the government, and Jan Karowsky, on behalf of defendant BENJAMIN MACIAS, that certain identified documents to be provided as discovery in this case are subject to a Protective Order.

     MACIAS is charged with various drug and firearms offenses. The parties agree that certain discovery in the case contains Protected Information. The phrase "Protected Information" as used in this stipulation and order includes Social Security Numbers, Driver's License Numbers, dates of birth, addresses, telephone numbers, e-mail addresses, and any other personal or financial identifying information. The proposed Protective Order extends to all documents provided by the government to defense counsel in this case that contain such Protected Information including, but not limited to, a disc marked PHONE INFORMATION.

     By signing this Stipulation and Protective Order, defense counsel agrees not to share any

documents containing Protected Information in unredacted form with any person other than primary

counsel, assisting counsel, designated defense investigators, and support staff.  Defense counsel may

allow his client to view unredacted documents in his, investigators' and/or appropriate staff members'

presence.  The parties further agree that defense counsel, investigators, and support staff shall not permit

defendant to copy, either in writing or by other means, Protected Information contained in the discovery.

Defense counsel, investigators and support staff may provide defendant s with copies of documents from

which all Protected Information has been redacted.

The parties are unaware of any Protected Information contained in discovery distributed prior to

September 26, 2017.

In the event that any defendant substitutes counsel, the undersigned attorney agrees to withhold

documents containing Protected Information from new counsel until such time as substituted counsel

agrees to be bound by this Protective Order.


Dated:  September 26, 2017                          PHILLIP A. TALBERT
                                                   United States Attorney


                                                   /s/ PAUL HEMESATH
                                                   PAUL HEMESATH
                                                   Assistant United States Attorney


Dated:  September 26, 2017                          /s/ JAN KAROWSKY
                                                   JAN KAROWSKY
                                                   Counsel for Defendant
                                                   BENJAMIN MACIAS

**FINDINGS AND ORDER**

FOR GOOD CAUSE SHOWN, pursuant to the stipulation of counsel, any document containing Protected Information, including but not limited to a disc marked TELEPHONE INFORMATION, provided to defense counsel by the government as discovery shall:

1. Be shared in unredacted format only among primary counsel, assisting counsel, designated defense investigators, and support staff;

2. Be viewed by a defendant in unredacted format only in the presence of his attorney, investigator, and/or appropriate support staff; and

3. Be provided to a defendant only in a copy from which all Protected Information has been redacted.

No person shall permit defendant to copy, either in writing or by other means, Protected Information contained in the discovery. No person shall provide substitute counsel with documents containing Protected Information until such time as substitute counsel has agreed to be bound by this Protective Order.

Dated: September 27, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

3