1  McGREGOR W. SCOTT
   United States Attorney
2  PAUL HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              CASE NO.  2:15-CR-125 GEB

12                        Plaintiff,       STIPULATION AS TO RESPONSE TO MOTION
                                           TO COMPEL DISCOVERY AND ORDER
13                 v.
                                           DATE: January 12, 2018
14  BENJAMIN MACIAS,                       TIME: 2:00 a.m.
                                           COURT: Hon. Kendall J. Newman
15                        Defendant.

16

17                            **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, Jan Karowsky, hereby stipulate and request that the Court

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

order the government's brief responding to defendant's motion to compel discovery be due on January 5, 2018.

IT IS SO STIPULATED.


Dated:  January 2, 2018                            McGREGOR W. SCOTT
                                                   United States Attorney


                                                   /s/ PAUL HEMESATH
                                                   PAUL HEMESATH
                                                   Assistant United States Attorney


Dated:  January 2, 2018                            /s/ JAN KAROWSKY
                                                   JAN KAROWSKY
                                                   Counsel for Defendant
                                                   BENJAMIN MACIAS




## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  January 5, 2018


_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE