**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Benjamin Macias

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No. Cr.S-15-125-GEB |
| Plaintiff, | **MOTION TO ALLOW TRANSCRIPTON OF BOTH *IN CAMERA* AND PUBLIC HEARINGS OF JUNE 16, 2017** |
| vs. | |
| BENJAMIN MACIAS, | |
| Defendant | |

I, Jan David Karowsky, do hereby declare under penalty of perjury:

Defendant, Benjamin Macias moves the Court to allow the transcription of both the *in camera* and the public hearing conducted before The Honorable Garland E. Burrell, Jr. on June 16, 2017, in the instant case, docket number 74.

At these hearings, the Court ultimately allowed the withdrawal of Mr. Macias's previous attorney and, I am informed, Mr. Macias, personally addressed the Court at the *in camera* hearing. Current counsel for Mr. Macias was appointed subsequent to these hearings.

Based on information provided to me by Mr. Macias, I believe it necessary for me to know what was said at both the *in camera* and public hearings on June 16, 2017, in order to provide effective assistance of counsel to Mr. Macias.

Therefore, the Court is requested to issue an Order directing the court reporter to transcribe both the *in camera* and the public portion of the hearings conducted on June 16, 2017, docket number 74 and to provide a copy only to me. I have attached a "Transcript Order," CAED Form 435, in addition to the requested Order, below.

Based on conversations I have had with Mr. Macias, I do not believe it would be appropriate or necessary for the prosecution to have access to what was said by Mr. Macias to the Court in the *in camera* hearing.

I declare under penalty of perjury and the preceding is true and correct. Executed on January 24, 2018 at Sacramento County, California.

/s/ Jan Karowsky

DATED: 	Respectfully submitted,
	JAN DAVID KAROWSKY
	Attorney at Law
	A Professional Corporation

	/s/ Jan David Karowsky

	by
	JAN DAVID KAROWSKY
	Attorney for Defendant
	Benjamin Macias

**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)
Attorney for Defendant
Benjamin Macias

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN MACIAS,<br><br>Defendant | Case No. Cr.S-15-125-GEB<br><br>**COURT ORDER AUTHORIZING TRANSCRIPTON OF BOTH THE *IN CAMERA* AND THE PUBLIC HEARING OF JUNE 16, 2017** |

    The Court Reporter shall transcribe both the *in camera* and the public portion of the hearings conducted in the above-captioned case, on June 16, 2017, docket number 74, and provide one copy to Jan David Karowsky, attorney for defendant Benjamin Macias.

Dated: January 25, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge