**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Benjamin Macias

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN MACIAS,<br><br>Defendant | Case No. Cr.S-15-125-GEB<br><br>**STIPULATION FOR REQUESTED PROCEDURE FOR PETITION FOR DISCLOSURE OF RELEVANT PORTIONS OF THE PSR OF SERGIO AMBRIZ, PRIOR CO-DEFENDANT OF BENJAMIN MACIAS, AND (PROPOSED) ORDER**<br>(Pursuant to Local Rule 460) |

## FACTUAL AND PROCEDURAL BACKGROUND

I, Jan David Karowsky, hereby declare under penalty of perjury, as follows:

On December 21, 2017, defendant Macias filed a Motion to Compel Discovery, Docket No. 95, to be heard by the Honorable Magistrate Judge Kendall J. Newman on January 12, 2018. As one of the discovery requests, defendant sought disclosure of "… relevant portions of

- 1 -

Ambriz's PSR." (See Docket No. 95, 7: 18 – 9:14, and Exhibits "D" and "E" which are incorporated herein by reference). Defendant Macias, by rule and law, had never seen any portion of Sergio Ambriz's PSR.

On January 12, 2018, Judge Newman granted disclosure to defendant Macias of the original and the amended paragraph 22 of Ambriz's PSR and provisional disclosure of the original and the amended paragraph 23 of Ambriz's PSR, both subject to possible further objection by the prosecution.

Prior to the hearing before Judge Newman, neither counsel was aware of Local Rule 460 nor was it raised by the government or Judge Newman at the hearing. However, subsequent to the hearing before Judge Newman, counsel for the government alerted me that Local Rule 460 requires PSR disclosure requests to be made by noticed petition, and that the local rule may be ambiguous as to whether the request should be decided by a Magistrate Judge or by the District Court Judge, Your Honor, who, in this case, sentenced Ambriz on November 4, 2016.

Neither counsel could find a rule or law as to which Court should hear such a request. Rule 460 merely provides that a written petition should be filed with "… the Court." Counsel for the government contacted a supervisor in the Probation Office who was unaware of any rule or practice as where such a petition should be filed. Rule 302 provides that all pretrial matters (with certain exceptions) may be heard by the magistrate judge, but the co-defendant (who pertains to the PSR at issue) has already been sentenced, and therefore his case is necessarily outside of the pretrial period.

Both counsel agree that defendant Macias's Motion to Compel Discovery included all of the substantive requirements of Rule 460 by "… establishing with particularity the need for specific information in the (PSR)." However, since it is unclear which Court should hear such a request, and because the subject of the PSR (the co-defendant, Sergio Ambriz) would not have had notice of the request, both counsel agreed to submit the instant Petition to Your Honor to

request that the matter be delegated to Judge Newman. Pursuant to 28 U.S.C. § 636 (b)(1), a District Court Judge "… may designate a magistrate [magistrate judge] to hear and determine any pretrial matter pending before the court," with certain enumerated exceptions, none of which pertain to the instant issue. The parties intend to ask for another hearing date before Judge Newman so that the government can lodge an objection, and so Judge Newman can issue an appropriate disposition of the motion.

## STIPULATON

Therefore, **it is hereby stipulated, agreed and requested** by counsel for the government and counsel for defendant Macias, that Your Honor delegate this matter—whether Ambriz's PSR should be partially released—to Magistrate Judge Kendall J. Newman. Both counsel further stipulate and agree that defense counsel has substantively complied with the initial requirements of Local Rule 460 with by the filing of the instant Petition.

I, Jan David Karowsky, declare under penalty of perjury and the preceding is true and correct. Executed on January 29, 2018 at Sacramento County California.

/s/ Jan David Karowsky

**IT IS SO STIPULATED**

DATED: January 29, 2018 **McGREGOR SCOTT**
U.S. Attorney

By: /s/Jan Karowsky for
Paul Hemesath
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: January 29, 2018 **JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation

By: /s/ Jan David Karowsky

JAN DAVID KAROWSKY
Attorney for Benjamin Macias

**ORDER**

The Court hereby delegates the matter of defendant's request for access to the original and the amended paragraphs 22 and 23 of Sergio Ambriz's PSR to Magistrate Kendall J. Newman.

**IT IS SO ORDERED.**

**Dated: January 31, 2018**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge