**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Benjamin Macias

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Benjamin Macias,<br><br>　　　　Defendant | Case No. Cr.S-15-125-GEB<br><br>**MOTION TO FORMALLY WITHDRAW APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM FILED SEPTEMBER 25, 2018, DOCKET NO. 135**<br><br>**Judge:　Hon. Garland E. Burrell, Jr.** |

### Declaration of Jan David Karowsky

I, Jan David Karowsky, do hereby declare I am the attorney of record for the defendant in the above-captioned action. On September 25, 2018, Docket Number 135, I filed an application for the issuance of a Writ of Habeas Corpus Ad Testificandum for Sergio Moreno Ambriz,

Register Number: 72563-097 to be produced as a witness for the defense at the trial in this matter, on November 6, 2018.

Subsequently, I learned the government had also submitted a request to produce Sergio Ambriz for trial. I was informed by the Court Clerk that two separate Writ applications for the same person for the same trial could potentially cause confusion and possibly hinder the production of Mr. Ambriz for trial.

Subsequently, I spoke to prosecuting AUSA Hemesath and agreed to move to withdraw the defense application for said Writ. I sent an email to the Court Clerk and AUSA Hemesath on October 1, 2018, confirming the conditions which the government had agreed to and upon which I based my decision to move to withdraw the application for said Writ.

Therefore, I hereby move to formally withdraw said application for the Writ of Habeas Corpus Ad Testificandum.

I declare under penalty of perjury the preceding is true and correct. This declaration was executed on October 2, 2018 at Sacramento County, California

/s/ Jan David Karowsky

Respectfully submitted,

DATED: October 2, 2018

**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation

/s/ Jan David Karowsky

by

JAN DAVID KAROWSKY
Attorney for Defendant
Benjamin Macias

## ORDER

Based on the above declaration, the said application for said Writ has been withdrawn.

**Dated: October 2, 2018**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge