IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>BENJAMIN MACIAS,<br><br>            Defendant. | CASE NO. 2:15-CR-0125 GEB<br><br>ORDER SEALING THE GOVERNMENT'S *EX-PARTE* MOTION SEEKING *IN CAMERA* REVIEW OF GOVERNMENT WITNESS PERSONNEL FILE AND EXHIBITS A AND B |

    Pursuant to Local Rule 141(b) and based upon the authorities contained in the Request to Seal filed by the United States, IT IS HEREBY ORDERED that the government's *ex-parte* motion seeking an *in camera* review of personnel records for DEA Special Brian Nehring, including Exhibits A and B to that motion, and the Government's Request to Seal shall be SEALED until further order of this Court.

Dated:  October 10, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge