UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>BENJAMIN MACIAS,<br><br>        Defendant. | No. 2:15-cr-00125-GEB<br><br>**ORDER FINDING DEFENDANT LACKS AUTHORITY TO FILE A MOTION AND DISREGARDING DEFENDANT'S FILING** |

        The Clerk of the Court ("Clerk") provided chambers with a preprinted form "Routing Slip" titled "Requesting Chambers Review," to which the Clerk attached Defendant Benjamin Macias's "Motion to Dismiss for Failure to State a Claim" ("Motion") stamped "FILED" on October 4, 2018.

        The motion is disregarded since Mr. Macias is currently represented by counsel. However, the motion shall be filed on the public docket.

        Dated: October 16, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1