UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-cr-00125-GEB |
|---|---|
| Plaintiff, | |
| v. | **AMENDED ORDER FINDING THAT DEFENDANT BENJAMIN MACIAS'S PRO SE APPEAL IS DISREGARDED AND THAT THE MOTION INVOLVED IN THE APPEAL IS FRIVOLOUS; NOTWITHSTANDING THE COURT'S FINDING THAT THE PRO SE APPEAL IS DISREGARDED, THE CLERK OF THE COURT SHALL PROCESS DEFENDANT'S "NOTICE OF INTERLOCUTORY APPEAL" FILED SEPTEMBER 27, 2018** |
| BENJAMIN MACIAS, | |
| Defendant. | |

This order amends the order filed October 17, 2018, docketed as ECF 161. The United States filed a "Motion For Clarification ('Mot.')" of the order filed October 5, 2018. The United States "suggests [in the motion] that this court: (1) consider ordering the clerk to process [Defendant Benjamin Macias's] appeal [filed September 27, 2018] to the United States Court of Appeals for the Ninth Circuit and (2) simultaneously consider issuing a written finding that the motion is frivolous." Mot. at 1:20-22, ECF No. 158. The United States argues in the motion: "Doing so will allow this court to retain jurisdiction of the case while the appeal is adjudicated in the Ninth Circuit." Id. at 1:22-23.

However, "[b]ecause [Macias] is represented by counsel, only counsel may file motions, and . . . therefore [the federal

court may] decline to entertain [the motion]." <u>United States v. Noriega-Perez</u>, 467 F. App'x 698, 703 (9th Cir. 2012).

Nevertheless, assuming arguendo that the merits of Defendant's pro se motion must be reached and that findings on Defendant's pro se motion are required, what follows are the findings:

> the defendant [evinces in his] motion [that he] clearly misunderstands the law and [what he states is the law are] frivolous conclusory assertions]. The defendant [contends] that the government is enjoined from prosecuting him based on provisions in the Constitution, 18 U.S.C. § 927, and 21 U.S.C. § 903. However, these laws do not prevent his prosecution. Instead, they allow states to pass laws outlawing gun and drug crimes and to do so without fearing that Congress has expressed an intent to exclusively occupy these fields. The defendant does not . . . cite a legitimate basis to enjoin his case.

Mot. at 4:13-19 (citations omitted).

Therefore, Defendant's motion is woefully unsupported by law and is frivolous. Further, as the United States asserts "based upon clear and long-standing case law, the defendant's appeal is [also] frivolous." <u>Id.</u> at 4:21. Hence, notwithstanding Defendant's filing of his notice of appeal from the denial of his motion, the district court is not divested of jurisdiction to proceed with Defendant's trial.

The Clerk of Court shall send this amended order to the United States Court of Appeals for the Ninth Circuit.

Dated: October 31, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge