IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00125-GEB |
|---|---|
| Plaintiff, | **ORDER SEALING DOCUMENTS REQUESTED TO BE SEALED IN GOVERNMENT'S NOTICE FILED ON OCTOBER 24, 2018** |
| v. | |
| BENJAMIN MACIAS, | |
| Defendant. | |

The United States requests the documents in ECF numbers 169 and 173 be sealed until further order of this Court. Defendant filed ECF 169 and the United States responded to that filing in ECF 173. It is unfortunate that Defendant filed on the public docket in ECF 169 information that he must have known should have been filed under seal. It is also clear that a redacted version of ECF 169 should have been filed on the public docket. Further, the United States includes in ECF 173 information that should have been filed under seal. In camera review procedures should be used when redacted and unredacted documents should be filed. ECF numbers 169 and 173 shall be filed under seal, with the understanding that a party and/or the parties will follow applicable sealing procedures concerning redacted and unredacted filings as soon as practicable. In addition, as the government requests in its submitted proposed sealing order, "[i]t is further ordered that access to the sealed documents shall be limited

to the government and counsel and the other parties to this matter."

Dated: October 31, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge