UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>BENJAMIN MACIAS,<br><br>    Defendant. | No. 2:15-cr-125-GEB<br><br>**ORDER GRANTING DEFENDANT'S PROPOSED CHANGE TO VOIR DIRE** |

Defendant filed a memorandum proposing a change to the Court's voir dire order. Def.'s Mem. at 1-2, ECF No. 191. Defendant requests:

> Regarding the "Voir Dire" section at numbered page 2: 6, it is requested the Court change the current language of "...being a felon in possession of a firearm," to the same language requested by the government in their "Statement of the Case," Docket No. 187, filed 11-1-18 at lines 23 – 24, as follows: "... possessing a firearm after having been convicted of a crime punishable by a term of imprisonment exceeding one year."

Id.

The language Defendant seeks to change is not on page 2; rather the language is on page 3 at line 6 of the proposed voir dire, in ECF No. 190. What Defendant seeks to strike are the words "being a felon in possession," and to have the stricken words replaced with what follows: "possessing a firearm after having been convicted of a crime punishable by a term of

1

imprisonment exceeding one year." This request is granted.

Dated: November 5, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge