PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Respondent,<br><br>v.<br><br>BENJAMIN MACIAS,<br><br>            Movant. | CASE NO. 2:15-CR-00125-KJM-CKD<br><br>ORDER GRANTING GOVERNMENT'S SECOND MOTION FOR EXTENSION OF TIME |

On July 13, 2022, the United States requested an extension of time to September 20, 2022 to file its response to movant's § 2255 motion. Docket No. 292. Good cause appearing, IT IS HEREBY ORDERED that the Government's request for an extension is granted. The response is now due September 20, 2022.

Dated: July 14, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE