UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>BENJAMIN MACIAS,<br><br>Movant. | No.  2:15-cr-0125 DAD CKD P<br><br><br>ORDER |

Movant has requested an extension of time to file a reply to the government's November 22, 2022, opposition to movant's January 10, 2022, motion to vacate, set aside or correct sentence under 28 U.S.C. 2255.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Movant's request for an extension of time (ECF No. 310) is granted; and

2. Movant is granted thirty days from the date of this order in which to file a reply.

Dated:  January 3, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/hh
maci0125.236