UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Respondent,<br><br>    v.<br><br>BENJAMIN MACIAS,<br><br>        Movant. | No. 2:15-cr-0125 DJC CKD P<br><br><br>ORDER |

      Movant has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On March 11, 2024, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

      The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 11, 2024, are adopted in full;

2. Movant's motion for habeas corpus relief under 28 U.S.C. § 2255 is denied;

3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253 as Movant has not made a substantial showing of the denial of a constitutional right, see 28 U.S.C. § 2253(c)(2); and

4. The Clerk of the Court is directed to close the companion civil case, No. 2:22-cv-0080 KJM CKD P.

IT IS SO ORDERED.

Dated:   **April 19, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

maci0125.jo