John Balazs, Bar # 157287
Attorney at Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel: (916) 447-9299
balazslaw@gmail.com
Sacramento, CA 95814

Attorney for Defendant
BENJAMIN MACIAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-CR-00125-DJC |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| BENJAMIN MACIAS, | |
| Defendant. | |

For the reasons set forth in defendant's motion to terminate supervised release, ECF No. 322, and in light of the government's non-opposition, ECF No. 323, defendant Benjamin Macias's supervised release in this case is hereby terminated.

IT IS SO ORDERED.

Dated: October 9, 2024         /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE

1